B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YOR

In re  CLAUDIO MEZA ,                                   Case No.  11-47197

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| B-Line, LLC | CHASE BANK USA, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o Resurgent Capital Services
  Po Box 288 Greenville, SC 29602

Court Claim # (if known):  2
Amount of Claim:  $16,960.77
Date Claim Filed:  09/28/2011

Phone:  877-264-5884
Last Four Digits of Acct #:  9466

Phone:  
Last Four Digits of Acct. #:  9466

Name and Address where transferee payments should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:  

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: \S\ Susan Gaines                                   Date: 04/30/2013
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.