# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: etorres | Date Created: 5/1/2013 |
| Case: 1−11−47197−nhl | Form ID: trc | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust       United States Trustee       USTPRegion02.BR.ECF@usdoj.gov

                                                                                                 TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7397656     Chase Bank USA, N.A.     PO Box 15145     Wilmington, DE 19850−5145

                                                                                                  TOTAL: 1