```
                                   United States Bankruptcy Court
                                   Eastern District of New York

In re:                                                                              Case No. 11-47197-nhl
Claudio Meza                                                                        Chapter 11
         Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0207-1           User: tguzman              Page 1 of 2              Date Rcvd: Sep 09, 2020
                               Form ID: 3180RI            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db            +Claudio Meza,    106-13 37th Avenue,    FL 3,   Corona, NY 11368-2097
smg           +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                Brooklyn, NY 11201-3739
smg           +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                Albany, NY 12240-0001
smg           +United States of America,    Secretary of the Treasury,    15th Street & Pennsylvania Ave. NW,
                Washington, DC 20220-0001
7349559      ++CITIBANK,    PO BOX 6030,   SIOUX FALLS SD 57117-6030
               (address filed with court:   Citibank,    POB 688923,   Des Moines, IA 50368)
8389615       +CitiMortgage, Inc.,   c/o Davidson Fink LLP,    28 East Main Street,   Suite 1700,
                Rochester, NY 14614-1918
7349560       +ConEdison,   POB 138,   New York, NY 10276-0138
7370547       +Consolidated Edison Company of New York, Inc.,    4 Irving Place, Room 1875-S,
                New York, New York 10003-3502,    Attn: Bankruptcy Group
7349561       +Geico,   One Geico Plaza,    Bethesda, MD 20810-0002
7349562       +Green Tree,   POB 6172,   Rapid City, SD 57709-6172
7471783       +JPMorgan Chase Bank, NA,    c/o Fein, Such, & Crane, LLP,    28 East Main Street, Suite 1800,
                Rochester, NY 14614-1936
7349563       +Litton Loan Servicing,    POB 4387,   Houston, TX 77210-4387
7349564       +National Grid,   POB 020690,   Brooklyn, NY 11202-0690
7349565       +Time Warner Cable,   41-61 Kissena Blvd.,    Flushing, NY 11355-3189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: IRS.COM Sep 09 2020 22:43:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA  19101-7346
smg           +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 09 2020 18:53:59
                NYS Department of Taxation & Finance,    Bankruptcy Unit,   PO Box 5300,
                Albany, NY 12205-0300
8020466       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2020 18:55:03      B-Line, LLC,
                c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
7349558        EDI: CITICORP.COM Sep 09 2020 22:43:00      Citi,   POB 182564,   Columbus, OH 43218
7349553       +EDI: CAPITALONE.COM Sep 09 2020 22:43:00      Capital One,   POB 71083,
                Charlotte, NC 28272-1083
7420325        EDI: CAPITALONE.COM Sep 09 2020 22:43:00      Capital One Bank (USA), N.A.,
                by American InfoSource LP as agent,   PO Box 71083,   Charlotte, NC  28272-1083
7463943        EDI: RMSC.COM Sep 09 2020 22:43:00      GE Capital Retail Bank,   (JCPenney Credit Services),
                c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
7349554        EDI: JPMORGANCHASE Sep 09 2020 22:43:00      Chase,   POB 15153,   Wilmington, DE 19886
7397656        EDI: JPMORGANCHASE Sep 09 2020 22:43:00      Chase Bank USA, N.A.,    PO Box 15145,
                Wilmington, DE 19850-5145
8021546       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2020 18:55:24      PYOD LLC,
                c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
7551313       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2020 18:55:02      PYOD LLC,
                c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7349555*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
               (address filed with court:   Chase,   POB 15153,   Wilmington, DE 19886)
7349556*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
               (address filed with court:   Chase,   POB 15153,   Wilmington, DE 19886)
7349557*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
               (address filed with court:   Chase,   POB 15153,   Wilmington, DE 19886)
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0207-1          User: tguzman              Page 2 of 2            Date Rcvd: Sep 09, 2020
                              Form ID: 3180RI            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              Michael J Catalfimo    on behalf of Defendant    RBS Citizens N.A. mcatalfimo@carterconboy.com,
               jstein@carterconboy.com;hmclenithan@carterconboy.com;rmcfee@carterconboy.com;jdavis@carterconboy.
               com
              Michael J Catalfimo    on behalf of Defendant    MERS as nominee for RBS Citizens, N.A.
               mcatalfimo@carterconboy.com,
               jstein@carterconboy.com;hmclenithan@carterconboy.com;rmcfee@carterconboy.com;jdavis@carterconboy.
               com
              Norma E Ortiz    on behalf of Debtor Claudio  Meza email@ortizandortiz.com,
               ortiznoticeme@gmail.com;bkcourt@gmail.com;ortiznr70019@notify.bestcase.com
              Norma E Ortiz    on behalf of Plaintiff Claudio  Meza email@ortizandortiz.com,
               ortiznoticeme@gmail.com;bkcourt@gmail.com;ortiznr70019@notify.bestcase.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Scott A Sydelnik    on behalf of Creditor    CitiMortgage, Inc. ssydelnik@davidsonfink.com,
               ldeanda@davidsonfink.com;caugino@davidsonfink.com
                                                                                            TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Claudio Meza** | Social Security number or ITIN **xxx–xx–4715** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | |
| Case number: **1–11–47197–nhl** | | |

## Order of Discharge of Individual Debtor(s) in a Chapter 11 Case

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

    Claudio Meza

**BY THE COURT:**

Dated: September 9, 2020

s/ Nancy Hershey Lord
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Official Form 3180RI         **Individual Chapter 11 Discharge**         page 1

## EXPLANATION OF BANKRUPTCY DISCHARGE
## OF AN INDIVIDUAL IN A CHAPTER 11 CASE

This court order grants a discharge to the person(s) named as the debtor(s). The discharge is issued after the debtor has completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. This order does not close or dismiss the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect a discharged debt from the debtor(s). For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts that are Discharged and Debts that are Not Discharged

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are not discharged are:

a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

b. Debts that are domestic support obligations;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

g. Debts that the bankruptcy court has specifically decided in this case are not discharged;

h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**